UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cr-00267-MOC-DCK-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **SALATHEO H. FLUID,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant Fluid's pro se letter (Doc. No. 83). The letter alleges that the government has failed to respond to his Motion for a New Trial under FED. R. CRIM. PROC. 33(b). However, Defendant's Motion for a New Trial was withdrawn on November 29, 2020. (See Doc. No. 79). Because the motion was withdrawn, there is no Motion for a New Trial to which the government must respond.

Having considered the letter and its allegations, the court brings the letter and the defendant's concerns to the attention of the Defendant's counsel.

**ORDER**

**IT IS, THEREFORE, ORDERED** that, upon review of this pro se letter, Defendant's request is **DENIED** as **MOOT**.

Signed: January 25, 2021

Max O. Cogburn Jr
United States District Judge