UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cr-267-MOC-DCK-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **SALATHEO H. FLUID,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's pro se Motion to Strike his appellate counsel's withdrawal of two pro se motions filed by defendant in this action. (#85).

Defendant's motion strike is denied. Defendant is currently represented by court-appointed counsel in this matter on appeal. As long as Defendant is represented by counsel, this Court will not entertain any pro se motions filed by him. See L.Cr.R. 47.1(g). Thus, even if defendant's appellate counsel had not withdrawn the two motions filed pro se by defendant, this Court would not have entertained the motions. Having thus considered defendant's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's *pro se* Motion to Strike, (#85), is **DENIED**.

Signed: April 2, 2021

Max O. Cogburn Jr
United States District Judge

Case 3:17-cr-00267-MOC-DCK   Document 86   Filed 04/05/21   Page 1 of 1