UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cr-267-MOC-DCK-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **SALATHEO H. FLUID,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's pro se Motion to Strike his appellate counsel's withdrawal of two pro se motions filed by defendant in this action. (#103).

Defendant's motion strike is denied. Defendant may refile the motions if he chooses to do so, as his appeal was dismissed and it appears he is no longer represented by counsel. Having thus considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's *pro se* Motion to Strike, (#103), is **DENIED**.

Signed: September 16, 2021

Max O. Cogburn Jr.
United States District Judge

-1-